UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | ED CV 14-1222 DDP (MRW) | Date | November 25, 2014 |
| Title | Chavez v. Beard | | |

Present: The Honorable   Michael R. Wilner

| Veronica McKamie | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
| None present | None present |

**Proceedings:**   (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL

Petitioner is ordered to show cause why this case should not be immediately dismissed.

In July 2014, the Attorney General moved to dismiss this habeas action on several procedural grounds. (Docket # 4.) The Court issued an order requiring Petitioner to respond to the motion by September 1. (Docket # 5.) At some point, Petitioner was transferred from the facility in Norco to the California Men's Colony in San Luis Obispo, but failed to update his mailing address with the Court. In October 2014, the Court issued an order directing the clerk to send a copy of the Attorney General's motion to Petitioner at CMC. (Docket # 6.) The order further required Petitioner to respond to the dismissal motion by November 3. To date, Petitioner has not filed any response to the motion or the Court's order.

Petitioner is ordered to show cause why the motion should not be granted for the grounds stated by the Attorney General and for Petitioner's failure to oppose the motion pursuant to Local Rule 7-12. Petitioner's response to the OSC <u>and</u> his substantive response to the motion are due by or before December 18.

**Petitioner is advised that the failure to respond to this order will lead the Court to conclude that the motion is unopposed, and the action will be dismissed on that basis and under Federal Rule of Civil Procedure 41 for failure to prosecute the action.**