# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR CHAVEZ,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>JEFFREY BEARD,<br><br>　　　　Respondent. | Case No. ED CV 14-1222 DDP (MRW)<br><br>JUDGMENT |

   IT IS ADJUDGED that the Attorney General's motion to dismiss this action is granted and this action is dismissed without prejudice.

DATE: 5/6/15

_____
HON. DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE